■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BUTCH SIMPSON, Appellant.—Judgment, Supreme Court, New York County (Alvin Schlesinger, J., at suppression hearing and plea; Clifford Scott, J., at sentence), rendered July 10, 1991, convicting defendant, upon his plea of guilty, of attempted burglary in the second degree, and sentencing him to a prison term of 2 to 4 years, unanimously affirmed.

Contrary to defendant's contention, his statements were not the product of custodial interrogation. Defendant, who with his accomplice had been handcuffed, spoke up upon hearing a police officer question the superintendent as to whether defendant was on the premises with his permission. Defendant was not induced or provoked into challenging the superintendent's account. Concur—Murphy, P. J., Carro, Kupferman, Asch and Kassal, JJ.